

FILED
GREAT FALLS

2010 JAN 20  AM 11 36

PATRICK E. DUFFY, CLERK
BY _____
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL ELLENBURG,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>WARDEN SAM LAW, et al.,<br><br>　　　　　　　　Defendants. | No. CV-09-13-GF-SEH<br><br>**ORDER** |

　　　On December 22, 2009, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Plaintiff did not file objections.

　　　No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear

---

[1] Document No. 43

error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's amended motion and order to proceed[2] is DENIED.

2. Plaintiff's motion for declaratory relief[3] is DENIED.

DATED this 20th day of January, 2010.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge

---

[2] Docket No. 40

[3] Docket No. 42